ORIGINAL

FILED

12/01/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0550

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0550

FILED

DEC 0 1 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

STATE OF MONTANA,

Plaintiff and Appellee,

v.

ORDER

TIFFANY ORTEGA,

Defendant and Appellant.

Representing herself, Tiffany Ortega has filed a verified Petition for an Out-of-Time Appeal, indicating that she failed to file a timely appeal with this Court. She states that her attorney in her underlying proceeding "did not allow [her] to go to trial" even though Tiffany asked several times. She adds that she felt as though her counsel "used [her] mental illness to persuade [her] into taking a 10[-]year plea instead of going to trial." She includes copies of her final judgments, and she moves for appointment of counsel.

M. R. App. P. 4(6) allows this Court to grant an out-of-time appeal "[i]n the infrequent harsh case and under extraordinary circumstances amounting to a gross miscarriage of justice[.]"

We secured complete copies of her Judgments as some pages were missing. On February 7, 2019, the Fourth Judicial District Court, Missoula County, stated that Tiffany had been charged with five offenses in 2018: (1) criminal endangerment; (2) theft, second offense; (3) assault; (4) criminal mischief; and (5) resisting arrest. The court dismissed the last four charges because Tiffany entered a plea of guilty to felony criminal endangerment. The court committed her to the Department of Health and Human Services (DPPHS) for a term of ten years with seven suspended. She received 210 days of credit for time served. The court also sentenced Tiffany for felony theft in a second proceeding and imposed a concurrent, three-year term to DPHHS.

Tiffany does not present any legal authority to support her claims that she should have had a jury trial. She received the benefit of the bargain with a three-year term to DPPHS, minus the credit for time served, followed by seven years of probation. Moreover, the maximum punishment for her two offenses could have totaled a thirteen-year, consecutive prison sentence. Sections 45-5-207(3) and 45-6-301(7)(b)(i), MCA. Clearly, the sentencing court recognized her current mental health challenges in imposing a commitment to DPPHS as well as suspending a portion of her sentence. Tiffany has not demonstrated extraordinary circumstances pursuant to M. R. App. P. 4(6) or that a gross miscarriage of justice will occur in the denial of her petition. Therefore,

IT IS ORDERED that Tiffany's Petition for an Out-of-Time Appeal is DENIED.

IT IS FURTHER ORDERED that Tiffany's Motion for Appointment of Counsel is DENIED, as moot.

The Clerk of this Court is directed to provide a copy of this Order to counsel of record and to Tiffany Ortega personally.

DATED this 1st day of December, 2020.

_____
Chief Justice

_____

_____

_____

_____
Justices

2